Mary D. Smith, Appellant, v. Eramus T. Smith, Appellee.

(Supreme Court of Florida, *En Banc,* May 4, 1909.)

Appeal from Circuit Court, DeSoto county; Joseph B Wall, Judge.

No appearance for Appellant.

Treadwell & Treadwell, Sparkman & Carter and Wall & McKay, for Appellee.

The bill in this case was filed by the appellant against the appellee. There was decree for the defendant and the complainant appealed. Appeal dismissed on motion of counsel for appellee.